AO91 (Rev. 12/03) Criminal Complaint                          AUSA

# UNITED STATES DISTRICT COURT

**FILED MAR 02 2026
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____ DEPUTY**

Western District Of Texas Del Rio Division

**UNITED STATES OF AMERICA**
vs.
Riky PEREZ

**CRIMINAL COMPLAINT**

Case Number: DR: 26-927M

I, the undersigned complainant state that the following is true and correct to the best of my knowledge and belief. On or about **February 27, 2026** in **Dimmit** County, in the **Western District Of Texas** defendant(s), conspire with other unnamed co-conspirators, to transport, or move or attempt to transport or move, certain persons, knowing or in reckless disregard of the fact that that such persons were aliens illegally present in the United States, a felony,

in violation of Title **8** United States Code, Section(s) **1324(a)(1)(A)(v)(I)**

I further state that I am a(n) **Border Patrol Agent** and that this complaint is based on the following facts:

On February 27, 2026, Defendant, Riky Perez, a United States Citizen, was encountered by Carrizo Springs Border Patrol Agents during a roving patrol stop, as the driver of a white Ford F-150. As agents approached the vehicle, agents asked defendant to lower the back window and saw four individuals laying down attempting to conceal themselves. Defendant stated he was going to San Antonio after visiting family in Eagle Pass. Defendant stated he didn't know the individuals, claiming they were workers and was dropping them off in San Antonio. Immigration inspection was conducted on individuals, which was discovered they had illegally crossed into the US, and did not pose proper documents to be or remain in the US. Post-Miranda, defendant mentioned he responded to a Facebook ad from an individual, identified as "Pocho" looking for chauffeurs and took the job offer. Defendant stated he agreed to being paid $1000 USD for every person he took to San Antonio, TX. Defendant stated he was provided directions from Pocho and knew there was illicit activity going on. Agents discovered, defendant had text/audio messages with Pocho of at least three prior attempts.

Continued on the attached sheet and made a part of this complaint: ☐ Yes ☒ No

_Signature of Complainant_

Lampert, Cameron
Printed Name of Complainant

Sworn to before me and signed in my presence,

March 02, 2026        at      Del Rio, Texas
Date                                              City/State

Joseph Cordova        U.S. Magistrate Judge
Name of Judge             Title of Judge                     Signature of Judge